# Court of Appeals
# of the State of Georgia

ATLANTA, October 21, 2014

*The Court of Appeals hereby passes the following order*

**A14I0266. STEARNS BANK, N.A. f/k/a JASPER BANKING COMPANY v. FRANCES LOUISE HAWKINS, f/k/a FRANCES LOUISE MULLINS.**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby GRANTED. The Appellant may file a Notice of Appeal within 10 days of the date of this order. The Clerk of Superior Court is directed to include a copy of this order in the record transmitted to the Court of Appeals.

LC NUMBERS:

2009SUCV1108



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta, October 21, 2014.*

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*